**<u>IN THE UNITED STATES BANKRUPTCY COURT</u>**
**<u>FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u>**

**IN RE: Edwin Erasmo Leiva**
**Debtor(s)**

**BK NO. 26-02185 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/Maggie Soboleski
Maggie Soboleski
20 Aug 2026, 19:46:00, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322