Date: 8/27/2026

Creditor: Yk Cr Bureau

RE: Edwin Erasmo Leiva

Case No.: 26-02185

Creditor Address Change

Dear Clerk:

Please update your file in reference to the above case with the creditor's correct address.

The correct creditor address is:

Yk Cr Bureau
334 Carlisle Ave
York, PA 17404

Very truly yours,

Dawn Marie Cutaia

*1701 West Market Street*
*York, PA 17404*
*Direct Facsimile: 866.563.0854*
www.freshstartyork.com
www.pennsylvaniapardons.com

*Dawn M. Cutaia, Esquire*
*Direct Line: 717-304-1841*
*dawncutaia@gmail.com*

*Suzanne Smith, Esquire*
*Direct Line: 717-891-1005*
*suzannesennetts@gmail.com*