United States Bankruptcy Court
Middle District of Pennsylvania

In re: Edwin Erasmo Leiva
Debtor

Case No. 26-02185-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | 
Date Rcvd: Aug 25, 2026 | Form ID: pdf010 | Total Noticed: 24

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Edwin Erasmo Leiva, 350 Canary Cir, York, PA 17404-5747 |
| 5822553 | | PA Department of Revenue - Bankrupt, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5822571 | + | West Manchester Township, 380 East Berlin Road, York, PA 17408-8700 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 5822554 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 25 2026 18:48:44 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5822555 | | Email/Text: dataentry@cby.com | Aug 25 2026 18:45:00 | Credit Bureau of York, 334 Carlisle Avenue, York, PA 17404 |
| 5824609 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2026 18:48:30 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5822556 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2026 18:45:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5822557 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 25 2026 18:48:41 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5822558 | + | Email/Text: bankruptcy.notices@hdfsi.com | Aug 25 2026 18:45:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5822559 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 25 2026 18:45:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5822551 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2026 18:45:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5822561 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2026 18:48:30 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5822562 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 18:48:54 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5822563 | + | Email/Text: bankruptcy@matcotools.com | Aug 25 2026 18:45:00 | Matco Tools, Attn: Bankruptcy, 4403 Allen Rd, Stow, OH 44224-1096 |
| 5822564 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2026 18:48:44 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5822565 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2026 18:45:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5822566 | + | Email/PDF: cbp@omf.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 25 2026 18:48:30 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5827870 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2026 18:48:32 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5822569 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2026 18:48:30 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5822567 | + | Email/PDF: ebnotices@pnmac.com | Aug 25 2026 18:59:10 | Penny Mac, P.o. Box 30597, Los Angeles, CA 90030-0597 |
| 5822568 | + | Email/PDF: ebnotices@pnmac.com | Aug 25 2026 18:59:05 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5822570 | ^ | MEBN | Aug 25 2026 18:44:53 | Snap-on Credit, Attn: Bankruptcy, 2801 80th Street, Kenosha, WI 53143-5656 |
| 5822962 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 25 2026 18:48:30 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5822552 | + | Email/Text: kcm@yatb.com | Aug 25 2026 18:45:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5822560 | * | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5822572 | ##+ | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Edwin Erasmo Leiva dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com |

United States Trustee ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| EDWIN ERASMO LEIVA, | : | |
| | : | CASE NO. 1:26-bk-02185-HWV |
| Debtor. | : | |

**ORDER**

Upon consideration of the Motion to Extend the Automatic Stay filed by the Debtor, Doc. 7, and no objections having been filed, and the hearing held on August 25, 2026, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The automatic stay shall continue until the closing of the case or further order of the Court.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 25, 2026