United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02185-HWV
Edwin Erasmo Leiva Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Sep 01, 2026 Form ID: ntnew341 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin Erasmo Leiva, 350 Canary Cir, York, PA 17404-5747 |
| 5822553 | | PA Department of Revenue - Bankrupt, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5822571 | + | West Manchester Township, 380 East Berlin Road, York, PA 17408-8700 |
| 5822572 | + | Yk Cr Bureau, 334 Carlisle Ave, York, PA 17404-3204 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5822554 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 01 2026 19:07:05 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5822555 | | Email/Text: dataentry@cby.com | Sep 01 2026 19:01:00 | Credit Bureau of York, 334 Carlisle Avenue, York, PA 17404 |
| 5824609 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 01 2026 19:07:09 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5822556 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 01 2026 19:01:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5822557 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 01 2026 19:07:09 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5822558 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 01 2026 19:02:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5822559 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 01 2026 19:01:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5822551 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 01 2026 19:01:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5822561 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 01 2026 19:07:05 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5828257 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 01 2026 19:07:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5822562 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 01 2026 19:07:05 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5828263 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 01 2026 19:07:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5822563 | + | Email/Text: bankruptcy@matcotools.com | Sep 01 2026 19:02:00 | Matco Tools, Attn: Bankruptcy, 4403 Allen Rd, Stow, OH 44224-1096 |
| 5822564 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 01 2026 19:07:05 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |

| | | | | |
|---|---|---|---|---|
| 5822565 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 01 2026 19:01:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5822566 | + | Email/PDF: cbp@omf.com | Sep 01 2026 19:07:09 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5829193 | | Email/PDF: cbp@omf.com | Sep 01 2026 19:07:09 | OneMain Financial Group, LLC, PO BOX 3251, Evansville, IN 47731-3251 |
| 5827870 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2026 19:07:02 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5822569 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2026 19:07:09 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5822567 | + | Email/PDF: ebnotices@pnmac.com | Sep 01 2026 19:17:20 | Penny Mac, P.o. Box 30597, Los Angeles, CA 90030-0597 |
| 5822568 | + | Email/PDF: ebnotices@pnmac.com | Sep 01 2026 19:17:25 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5822570 | ^ | MEBN | Sep 01 2026 18:57:47 | Snap-on Credit, Attn: Bankruptcy, 2801 80th Street, Kenosha, WI 53143-5656 |
| 5822962 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 01 2026 19:07:01 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5822552 | + | Email/Text: kcm@yatb.com | Sep 01 2026 19:01:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5822560 | * | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Edwin Erasmo Leiva dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |

| | |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Edwin Erasmo Leiva,<br>**Debtor 1** | Chapter 13<br>Case No. 1:26−bk−02185−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: October 22, 2026<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 1, 2026 |

ntnew341 (09/23)