UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>EDWIN ERASMO LEIVA<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>EDWIN ERASMO LEIVA<br>Respondent | CHAPTER 13<br><br>CASE NO. 1:26-BK-02185-HWV |

**TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN**

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtor's plan for the following reason(s):

1. Debtor's Plan violates 11 U.S.C. § 1322(a)(1) and § 1325(b) in that Debtor has not submitted all or such portion of the disposable income to Trustee as required. More specifically, Trustee alleges, and therefore avers, that Debtor's disposable income is greater than that of which is committed to the Plan based upon disposable income on Schedules I and J and specifically disputes the following amounts: Verify family support of $1,800 per month.

2. Failure to properly state the liquidation value in Section 1B of the Plan.

3. Debtor's Plan violates 11 U.S.C. § 1325(a)(3) in that it has not been proposed in good faith. Debtor proposes to retain a motorcycle at the expense of the unsecured creditors.

4. Trustee avers that Debtor's Plan is not feasible based upon the following: The Plan is underfunded relative to claims to be paid.

5. Debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9). (2023 Federal Taxes and 2025 Local Taxes).

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor's plan.
b. Dismiss or convert Debtor's case.
c. Provide such other relief as is equitable and just.

Dated: October 22, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
(717) 566-6097

## CERTIFICATE OF SERVICE

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA 17404

Dated: October 22, 2026

/s/ Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee